# Silverberg, Marshall (USAHI)

**From:** Matthew Mannisto <matt@mannistolaw.com>
**Sent:** Tuesday, June 4, 2024 6:10 PM
**To:** Silverberg, Marshall (USAHI)
**Subject:** [EXTERNAL] Gouveia Material
**Attachments:** Adobe Scan Jun 4, 2024.pdf

Hi Marshall,

Bronson wanted me to forward this affidavit over to you. Given its contents, I figure it's better to share this sooner rather than later.

Thanks,

Matt



## Hawaii All Purpose Jurat With Affiant Statement Addendum

State of Hawaii  
City and County } SS  
Of Honolulu

___Roy Thomas Batungbacal_____, being first duly sworn on oath, deposes and says:

✓ 1) That he/she/they is/are the affiant(s) herein.
✓ 2) That the statement below is true and accurate to the best of his/her/their knowledge.  
       Attached

Page __1__ of __3__

© 2020 We Go Notary L.L.C.  ○  337 Kihapal St., Unit C, Kailua, Hawaii, 96734  ○  (808)372-6076

## Affidavit

I "Roy Thomas BATUNGBACAL" is writing this affidavit at my own freewill in the City and County of Honolulu, State of Hawaii.

I "Roy Thomas BATUNGBACAL" is stating under oath pursuant to law that on December 23, 2018 and December 24, 2018 all and any drugs (Methamphetamine), guns, and/or ammunition found and recovered in or on the premises of "47-351#F Waihe'e Road Kahaluu, Hawaii 96744" is mine under penalty of law.

Roysha Sabey nor Bronsen Gouveia had no knowledge of what I "Roy Thomas BATUNGBACAL" had inside the residence at the time before or after the incident that occurred on December 23, 2018 and December 24, 2018.

The above mentioned facts occurred within the City and County of Honolulu, State of Hawaii.

Further Affiant Sayeth Naught,



Roy Thomas BATUNGBACAL

notarial Jurat
Attached

Page 2 of 3

*[Large X drawn across blank lined space]*

Further sayeth not.

*[signature]*
**Affiant 1 Signature**

_____
**Affiant 2 Signature**

Roy Thomas Baturzscal
**Affiant 1 Printed Name**

_____
**Affiant 2 Printed Name**

Subscribed and sworn to (or affirmed) before me this __1__ day of __December__, 20 __20__

*[signature]*
**Notary Signature**
Grayson Harrop II
My Commission Expires: June 2, 2021

**NOTARIAL CERTIFICATE**
Document Date: __DEC 0 1 2020__    # Pages __3__
Notary Name: Grayson Harrop II    First Judicial Circuit
Document Description: __Affidavit__

*[signature]*                    DEC 0 1 2020
**Notary Signature**              **Date**

Page __3__ of __3__

© 2020 We Go Notary L.L.C. • 337 Kihapai St., Unit C, Kailua, Hawaii, 96734 • (808)372-6076

DocuSign Envelope ID: 9CBBA1DB-83C3-49D6-94EB-974E46383AC6

Vehicle Search Warrant (LMG487)
Report #23014258

### EXHIBIT "A"

The items listed below were recovered as evidence following the execution of a search warrant at 428 Kaao Circle Kahului, HI, 96732 , County of Maui, on May 04, 2023 at 0957 hours.

Item #1: One (1) gray and black colored "QUICKSILVER" brand backpack, found on rear passenger seat of vehicle LMG487.

Item #2: $30,000 US Currency found within the main storage compartment of item #1.

Item #3: $4,500 US Currency found in a small pocket within the main compartment of item #1.

Item #4: One (1) coil bound notebook containing drug notes, found in main compartment of item #1.

Item #5: Two (2) glass smoking pipes containing suspected burnt crystal methamphetamine within, found within the main compartment of item #1.

Item #6: One (1) green colored bong bag, found on the rear passenger side floorboard of vehicle LMG487.

Item #7: One (1) zip top plastic baggie containing suspected Crystal Methamphetamine within, found within the main compartment of item #6.

Item #8: One (1) plastic zip top baggie containing suspected Heroin within, found within the main compartment of item #6.

Item #9: One (1) plastic zip top baggie containing suspected Fentanyl within, found within the main compartment of item #6.

Item #10: Two (2) plastic zip top baggies containing suspected Crystal Methamphetamine "knockouts" within, found within the main compartment of item #6.

Recipient: _[signature]_    Witnessed by: _[signature]_
Date: 5/4/23    Time: 3146    Date: 5/4/23    Time: 1546
                              Witnessed by: _[signature]_

DocuSign Envelope ID: 9CBBA1DB-83C3-49D6-94EB-974E46383AC6

Vehicle Search Warrant (LMG 487)
Report #23014258

### EXHIBIT "A"

The items listed below were recovered as evidence following the execution of a search warrant at 428 Kaao Circle Kahului, HI, 96732, County of Maui, on May 04, 2023 at 0957 hours.

Item #11: Multiple items of drug paraphernalia, to include a glass smoking pipe containing suspected crystal methamphetamine residue within, cut straws (loaders), metal spoons, scapers, an un-used glass smoking pipe and multiple empty plastic zip top baggies, found within the main compartments of item #6..

Item #12: One (1) "DICKIES" brand camouflage backpack, found on rear passenger side seat of vehicle LMG487.

Item 13: One (1) plastic zip top baggie containing suspected Crystal Methamphetamine within, found in an alluminum container located within item #12.

Item 14: Items of drug paraphernalia to include one (1) coil bound notebook containing drug notes, multiple empty zip top plastic baggies and a Butane fuel canister and rubber bands, found within the main storage compartment of item #12.

Item 15: Suspected Crystal Methamphetamine located on the floorboard under the driver side seat of vehicle LMG487.

Item #16: One (1) white colored round Sildenafil Pill with the marking "AN 351," found in same location as item #15.

Item #17: $303 US Currency, found in center console of vehicle LMG487.

Recipient: [signature]   Witnessed by: [signature]
Date: 5/4/23   Time: 3147   Date: 5/4/23   Time: 1547
Witnessed by: [signature]

DocuSign Envelope ID: 9CBBA1DB-83C3-49D6-94EB-974E46383AC6

Storage unit Search Warrant
Report #23014258

## EXHIBIT "A"

The items listed below were recovered as evidence following the execution of a search warrant at 424 DAIRY ROAD ~~428 Kaao Circle~~ Kahului, HI, 96732 KC, County of Maui, on May 04, 2023 at 1127 hours.

Item #18: One (1) blue colored composition book containing drug notes and one (1) empty United States Postal Service priority mail shipping box, found within U-Haul storage unit #1106.

Item #19: $99,670 US Currency, found within an unsecured black and gray colored metal combination lock box, located within U-Haul storage unit #1106.

Recipient: _____  Witnessed by: _____
Date: 5/4/23  Time: 3148  Date: 5/4/23  Time: 1548
Witnessed by: _____

EXHIBIT "1"
Page 7 of 7