**Silverberg, Marshall (USAHI)**

| | |
|---|---|
| **From:** | Matthew Mannisto <matt@mannistolaw.com> |
| **Sent:** | Friday, July 5, 2024 7:47 AM |
| **To:** | Silverberg, Marshall (USAHI) |
| **Subject:** | Re: [EXTERNAL] Roy Thomas Batungbacal |

I got this video a couple of days ago, FYI. Just had a chance to review it this morning.



video.mov
dropbox.com

EXHIBIT "2"
Page 1 of 1