CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96580
Telephone: (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00064 LEK |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | The Government's Motion to Compel |
|  | ) | the Defendant, who is Pro Se, to |
| vs. | ) | Comply with the Hawaii Supreme |
|  | ) | Supreme Court's "Guidelines to |
| BRONSON K. GOUVEIA | ) | Professional Courtesy & Civility" |
|  | ) | and not make Ad Hominen Attacks |
| Defendant. | ) | on the Government's Counsel; |
|  | ) | Memorandum of Law; Exhibit 1; |
|  | ) | Certificate of Service |

**THE GOVERNMENT'S MOTION TO COMPEL
THE DEFENDANT, WHO IS PRO SE, TO COMPLY
WITH THE HAWAII SUPREME COURT'S "GUIDELINES
TO PROFESSIONAL COURTESY & CIVILITY" AND
NOT MAKE AD HOMINEN ATTACKS ON THE
<u>GOVERNMENT'S COUNSEL</u>**

On November 14, 2024, Defendant Bronson Gouveia, pro se, filed a "Reply to the Government's Opposition to the Defendant's Motion for New Stand-by Counsel [ECF Dkt. 120]" (Dkt. No. 122). In that Reply, the Defendant made multiple ad hominen attacks against the undersigned Government Counsel. In doing so, as the Government argues in the attached Memorandum of Law, Gouveia violated the local Criminal Rules and the "Guidelines to Professional Courtesy & Civility" adopted by the Hawaii Supreme Court and to which he must comply. For that reason, the Government is filing the instant Motion, seeking an Order from the Court compelling Gouveia to follow the rules of civility and decorum and not to make further ad hominen attacks on the Government's counsel. This Motion is being filed pursuant to Federal Rule of Criminal Procedure 47 and Criminal Local Rules 12.1, 81.1, and 83.3 and is based upon the attached Memorandum of Law.

Dated: November 18, 2024, at Honolulu, Hawaii

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By /s/ Marshall H. Silverberg
   Marshall H. Silverberg
   Assistant U.S. Attorney