CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 19 2024
at 2 o'clock and 20 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00064 LEK |
| Plaintiff, | ) ) ) | SUPERSEDING INDICTMENT |
| vs. | ) ) ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846; and |
| BRONSON K. GOUVEIA, also known as Bronsen Gouveia, | ) ) ) | 18 U.S.C. §§ 2, 922(g)(1), 924(a)(2), 924(c)(1)(A)(i), 924(c)(1)(B)(i), 1512(b)(3)] |
| Defendant. | ) ) ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about December 23, 2018, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, located in a duffle bag in the defendant's bedroom in his residence.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(l)(A)(viii).

Count 2
Possession of Firearms in Furtherance of a Drug Trafficking Crime
(18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(B)(i))

On or about December 23, 2018, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly possess firearms, namely: (1) a .40 caliber pistol; (2) a rifle, Ruger Model Mini Thirty, bearing serial number 189-48448; and (3) a short-barreled rifle, Ambush Firearms, Model A11, Multi Caliber, bearing serial number AF000730C, in furtherance of the drug trafficking offense charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(i).

Count 3
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about December 23, 2018, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, located in a safe in the defendant's bedroom in his residence.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(l)(A)(viii).

Count 4
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(B)(i))

On or about December 23, 2018, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly possess a firearm, namely: a short-barreled rifle, assembled from an unfinished AR-15 pattern receiver, with no manufacturer name or serial number, in furtherance of the drug trafficking offense charged in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(B)(i).

\   \

\   \

\   \

<u>Count 5</u>
Felon in Possession of Firearms and Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 23, 2018, in the District of Hawaii, BRONSON K. GOUVEIA, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess firearms and ammunition in and affecting commerce, namely: (1) a short-barreled rifle, manufactured by Ambush Firearms, Model A11, Multi Caliber, bearing serial number AF000730C, and approximately 30 rounds of 5.56 caliber ammunition; and (2) a rifle, a Ruger Model Mini Thirty, bearing serial number 189-48448, with approximately 5 rounds of 7.62 caliber ammunition; with said firearms and ammunition having previously been shipped and transported in interstate and foreign commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

\ \

\ \

\ \

\ \

Count 6
Conspiracy to Distribute and Possess
With Intent to Distribute a Controlled Substance
(21 U.S.C. § 846)

From a precise date unknown, but at least by February or March 2018, and continuing thereafter at least until March 5, 2020, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

Count 7
Distribution and Aiding/Abetting the Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2)

On or about December 24, 2019, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(l)(A)(viii), and Title 18, United States Code, Section 2.

5

<u>Count 8</u>
Tampering with a witness
(18 U.S.C. § 1512(b)(3))

On or about January 11, 2020, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly use, and attempt to use, intimidation and threats against Witness No. 1 and the mother of Witness No. 1 with the intent to hinder, delay, or prevent the communication from Witness No. 1 to a law enforcement officer of the United States of information relating to the commission or possible commission of a Federal offense, namely, by texting Witness No. 1 that he was going to "cut her up slowly" and that her "mom going [to] die" for "ratting" him out to law enforcement officers of the United States relating to the commission or possible commission of the Federal drug trafficking and firearms offenses charged in Counts 1 through 6 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 1512(b)(3).

\ \

\ \

\ \

\ \

\ \

\ \

Dated: December 19, 2024, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney


United States v. Bronson K. Gouveia, also known as Bronsen Gouveia,
Superseding Indictment
Cr. No. 22-00064 LEK