IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRONSEN GOUVEIA,<br><br>Defendant. | CR. NO. 1:22-cr-00064-LEK<br><br>DECLARATION OF COUNSEL |

**<u>DECLARATION OF COUNSEL</u>**

    I, Matthew Mannisto, hereby declare under penalty of perjury that the information set forth below is true and correct to the best of my knowledge and belief:

    1.    I am Standby Counsel for Defendant BRONSEN GOUVEIA, having been appointed by the Court pursuant to the Criminal Justice Act, 18 U.S.C. 3006A.

    2.    My understanding is that BRONSON GOUVEIA has asked that the forgoing motion in limine be filed and that it was drafted by him.

    3.    This motion was forwarded to me by Ashley King, his paralegal.

    4.    I have made only very minor, non-substantive changes such as italicizing case names and adding a semicolon to the caption page.

    5.    Exhibit "C" is a true and correct copy of an e-mail sent to Mr.

Gouveia, through my e-mail, by AUSA Silverberg.

6. The foregoing is true and correct on penalty of perjury.

DATED: Lihue, Hawai`i, June 3, 2025.

/s/ Matthew Mannisto
Matthew Mannisto
Standby Counsel for Defendant
BRONSEN GOUVEIA