IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRONSON GOUVEIA,<br><br>Defendant. | CR. NO. 1:22-cr-00064-LEK<br><br>DECLARATION OF ASHLEY KING |

## DECLARATION OF ASHLEY KING

I, Ashley King, hereby declare under penalty of perjury that the information set forth below is true and correct to the best of my knowledge and belief:

1. I am the paralegal for Defendant BRONSON GOUVEIA, having been appointed by the Court pursuant to the Criminal Justice Act, 18 U.S.C. 3006A.

2. I transcribed the video of the ATF Evidence Inspection with Defendant that took place on March 14, 2025 (produced as GOUVEIA_035583).

3. Page 27 (of 32) of the transcription is attached hereto as Exhibit "A", relevant portions highlighted.

DATED: Honolulu, Hawai`i, June 3, 2025.

/s/ Ashley King
Ashley King