# EXHIBIT "A"

Speaker A: Okay.

Speaker D: And this one, this is uh item number 36. This is uh the medical records for Roy Batumocal.

Speaker B: You know on the report, they said Mark Victor said they were talking about Batumocal in 2023.

Speaker A: You know what he never gave me the name.

Speaker B: Oh yeah.

Speaker A: So, what's he supposed to do? Go question everybody in the state of Hawaii?

Speaker B: You know, I gave him I gave him the whole affidavit and I said turn this over to the government. And he told you he said, "You know, there's a person taking responsibility" And he said that.

Speaker A: He didn't tell me the name of the person and he didn't tell me the person was sick, he didn't tell me the person was dying.

Speaker B: He just said that you.

Speaker A: He gave me no information. I chuckled, is what I said.

Speaker B: That's what he said, You chuckled at him, yeah.

Speaker A:  right.

Speaker B: But so-

Speaker A: So we don't have We didn't have the name. We had nobody to question. I would have put him in the grand jury. I would have interviewed them. I would have questioned them. But you withheld it from us.

Speaker B: What you mean? I gave it to every attorney I had. Roysha said even Miles Bryner is the one he's the one said from years ago.

Speaker A: Miles Bryner said what?

Speaker B: I don't know. You tell me. It's in Roysha's report.

**EXHIBIT A**